UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CESAR SANTOS                                                         CIVIL ACTION NO. _____

VERSUS

RODRIGUE PLANTING COMPANY, INC.

### COMPLAINT

Plaintiff, Cesar Santos, a natural person of the age of majority residing in the State of Arkansas, brings this complaint against Rodrigue Planting Co., Inc., stating the following:

*Defendant*

1.

Made defendant herein is Rodrigue Planting Co., Inc. a Louisiana corporation with its principal office in St. James Parish, Louisiana.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within the parish of St. James, Louisiana.

*Plaintiff*

5.

Plaintiff, Cesar Santos, was employed by defendant for about 9 years. His employment ended in approximately May 2017.

6.

During the time period relevant to this lawsuit, plaintiff was employed as a welder by the defendant in Vacherie, Louisiana.

7.

Plaintiff routinely worked in excess of 40 hours per week, but he was not paid overtime as required by the Fair Labor Standards Act.

8.

Plaintiff estimates that he worked an average of about 50-55 hours per week; the defendant knows the exact amount of hours he worked each week.

9.

Plaintiff was the non-exempt employee of the defendant under the FLSA.

10.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

11.

The defendant knowingly and willfully violated the FLSA. Plaintiff is therefore also entitled to recover his unpaid overtime for the three years prior to filing this lawsuit, and is entitled to recover from defendant an equal sum as liquidated damages, together with reasonable

attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendant, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendant, Rodrigue Planting Co., for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

    Respectfully Submitted:

    ESTES DAVIS LAW, LLC

    /S Daniel B. Davis
    Daniel B. Davis (La. Bar Roll No. 30141)
    Randall E. Estes (La. Bar Roll No. 22359)
    850 North Boulevard
    Baton Rouge, LA 70802
    Telephone: (225) 336-3394
    Facsimile: (225) 384-5419
    Email: dan@estesdavislaw.com
    *Attorneys for Plaintiff*